No. 1941, Misc. DOMER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1945, Misc. LUCAS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1946, Misc. KALEC v. LASH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1948, Misc. PETE v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1949, Misc. PELLETIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1989, Misc. HAYNES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 1992, Misc. WHEELER v. MUMMERT, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 1993, Misc. HILL v. WARDEN, MARYLAND HOUSE OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 2000, Misc. SMULEK v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 2001, Misc. BERRIEL v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 2002, Misc. ZIMMERMAN v. WELLS ET AL. C. A. 4th Cir. Certiorari denied.

No. 2004, Misc. GILLES v. MINNESOTA ET AL. Sup. Ct. Minn. Certiorari denied.

No. 2005, Misc. SCHUTZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 2037, Misc. CARRIGAN v. ERICH P. KARLSSON BUILDERS, INC. C. A. D. C. Cir. Certiorari denied.